1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Jerry Kraus

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KRAUS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CLAUDIA L. MARTINUCCI, as Trustee of the CLAUDIA L. MARTINUCCI SEPARATE PROPERTY REVOCABLE TRUST dated May 9, 2012,<br><br>　　　　　Defendant. | No.  3:16-cv-01065-TEH<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Jerry Kraus and Defendant Claudia L. Martinucci, as Trustee of the Claudia L. Martinucci Separate Property Revocable Trust dated May 9, 2012, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: May 6, 2016                                MOORE LAW FIRM, P.C.


                                                  /s/ Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorney for Plaintiff,
                                                  Jerry Kraus

Dated: May 6, 2016                                JEFFER MANGELS BUTLER & MITCHELL LLP


                                                  /s/ Stuart K. Tubis
                                                  Stuart K. Tubis
                                                  Attorneys for Defendant,
                                                  Claudia L. Martinucci, as Trustee of the
                                                  Claudia L. Martinucci Separate Property
                                                  Revocable Trust dated May 9, 2012

IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA